UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CHET RANDALL PRUITT,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **TIM V. VIRGA, WARDEN,** ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. EDCV 13-1120 (AJW) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 16, 2014

_____
Virginia A. Phillips
United States District Judge