1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11   CHET RANDALL PRUITT,           )     Case No. EDCV 13-1120-VAP (AJW)
                                    )
12            Petitioner,           )
                                    )
13        v.                        )     JUDGMENT
                                    )
14   TIM V. VIRGA, Warden,          )
                                    )
15            Respondent.           )
     _____    )

16

17        **It is hereby adjudged** that the petition for a writ of habeas

18   corpus is denied.

19
     Dated: _October 16, 2014 _____
20                                  Virginia A. Phillips
                                    United States District Judge
21
22
23
24
25
26
27
28